(125 So. 916)

**N. D. SPANN LUMBER CO. v. Mrs. J. D. STEPHENS et al. (4 Div. 435.)**

Supreme Court of Alabama. Dec. 19, 1929.

Rehearing Denied Jan. 17, 1930.

Appeal from Circuit Court, Houston County; H. A. Pearce, Judge.

THOMAS, J. Affirmed, for the want of assignment of errors. We may say that the opinion of the learned circuit judge has been

carefully considered, and it may be that an assignment of errors would not have availed anything to appellant.

Affirmed.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.